

**CHIESA SHAHINIAN & GIANTOMASI PC**

ONE BOLAND DRIVE
WEST ORANGE, NJ 07052

csglaw.com

**CATHERINE P. WELLS**
cwells@csglaw.com
(O) 973.530.2051
(F) 973.530.2251

August 3, 2020

<u>*Via E-Filing*</u>

Hon. Tonianne J. Bongiovanni, U.S.M.J.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building
& U.S. Courthouse
402 East State Street
Trenton, NJ 08608

   **RE: Stamos v. AOP Operating Co., LLP, et. al.**
      **Docket No.  3:20-cv-01676**

Dear Magistrate Judge Bongiovanni:

  This firm represents the defendants AoP Operating Company, LLC, Jonathan Sobel and Joseph Solano (collectively the "Defendants") in the above-referenced matter. I write with the consent of David Deratzian, Esq., counsel for plaintiff, and together we submit this joint status update at the request of the Court.

  To date, the parties have exchanged and responded to initial document requests and interrogatories. Not surprisingly, both parties have identified deficiencies in the adverse party's responses. We have agreed that we will respond to these alleged discovery deficiencies by August 31.

  We believe that, at that time, we will be in a better position to provide Your Honor with an update as to next steps.

            Respectfully submitted,

            */s/ Catherine P. Wells*

            CATHERINE P. WELLS
            Member

CPW:lr

**NEW JERSEY**                               **NEW YORK**