# EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON VICENAGE

```
--------------------------------
GEORGE STAMOS,                    :
                                  :
                Plaintiff,        :
                                  :
          -v-                     :
                                  :
AOP OPERATING COMPANY, LLP;       :
JOSEPH SOLANO AND JONATHAN        :
SOBEL,                            :
                                  :
                Defendants. :
--------------------------------
```

DEPOSITION OF:
JOSEPH SOLANO

October 14, 2021

TAYLOR & FRIEDBERG, LLC
Certified Court Reporters
60 Washington Street
Morristown, New Jersey  07960
Tel. 973-285-0411
E-mail: csr@taylorfriedberg.com

3

1

2

3                  T R A N S C R I P T of the deposition of

4    JOSEPH SOLANO, a witness herein, called for Oral Examination

5    by the parties in the above-entitled action, said deposition

6    being taken pursuant to Notice, by and before LORI YUCHT, a

7    Certified Court Reporter and Notary Public of the State of

8    New Jersey, License No. XI00200400, at the Offices of Chiesa

9    Shahinian & Giantomasi, 830 Morris Turnpike, Short Hills,

10   New Jersey, on Thursday, October 14, 2021, commencing at

11   10:10 in the forenoon.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

18

1      lines of vehicles was Audi of Princeton selling?

2            A        What lines?  So --

3            Q        What makes?  What brands?

4            A        So AOP Operating Company is

5      Volkswagen and Audi.  And HOP, which is contiguous

6      to us, sells Honda.

7            Q        Right.  Thus, Honda of Princeton.

8            A        Honda of Princeton.

9            Q        And it makes sense that they would

10     sell VWs and Audis, 'cause VW owns Audi.  Correct?

11           A        Yeah.

12                    MR. DERATZIAN:  We need to --

13     unfortunately, I need to stop for a second.

14                    (Whereupon, a break was taken.)

15

16     BY MR. DERATZIAN:

17           Q        So, before I had to go and before we

18     had lunch issues and before we started talking about

19     Mel Brooks, we were -- I was asking you about when

20     you started with one of the Sobel companies in

21     Princeton.  Do you remember when you actually --

22     when you actually came on board?

23           A        Officially I came on board July of

24     2016.

25           Q        As of that time, was Mr. Sobel -- I

19

1    am just going to do it this way for the moment,

2    actually operating the Audi of Princeton dealership?

3         A      Yes.

4         Q      Do you know how long he'd been

5    operating it for?

6         A      I believe four months.

7         Q      To the best of your knowledge, how

8    much of the pre-Sobel staff was still working for

9    AOP when you came on board?  Do you understand the

10   question?

11        A      Yeah.  No I do.  I would say a

12   majority.

13        Q      If you know, was there anybody that

14   had been working for the Audi Volkswagen dealership

15   in Princeton that Mr. Sobel acquired who wanted to

16   continue working who was not offered that

17   opportunity?

18        A      I believe a warranty administrator

19   but -- yeah, I believe.  But, you know, I should

20   clarify that.  I am going to do it quick, that I

21   don't know -- you know, I really don't know because

22   I wasn't there.  I shouldn't say.  I have heard, I

23   shouldn't say.

24        Q      From whom did you hear?

25        A      Other employees.  But my recollection

20

```
 1      is -- is not...

 2              Q       That's fine.

 3                      On a day-to-day basis, what was

 4      Mr. Sobel's involvement with the -- with the two

 5      dealerships in Princeton?

 6              A       Prior to my arriving?

 7              Q       If you know.

 8              A       I don't.

 9              Q       What about after you got there?

10              A       Limited to interaction with me, and

11      he would visit every few weeks and, you know, we'd

12      tour the facility, say hello to people.

13              Q       Was he involved in any way in the

14      day-to-day operation of the dealership?

15              A       No.

16              Q       And I should have asked you this

17      earlier.  Which entity -- which entity, or entities,

18      did you -- were you working for when you came on

19      board with Mr. Sobel's company?

20              A       So AOP Operating, which was

21      Volkswagen of Princeton, and Audi of Princeton.

22              Q       So you weren't involved with HOP at

23      all?

24              A       Only to sign checks, 'cause you need

25      multiple signers.  So I would -- but the day-to-day
```

21

1    operation, no.

2          Q       And what was your title?

3          A       General manager.

4          Q       Was there a general manager at HOP?

5          A       Yes.

6          Q       Who was that?

7          A       Peter DiPersia.

8          Q       Why wasn't Peter DiPersia signing

9    checks for HOP?

10         A       It required two signatures.

11         Q       Oh, I see.  So, was Peter DiPersia

12   also signing -- the second signor for AOP?

13         A       So we had three signers.  We had Rose

14   Diaz, who was our controller, myself, and Peter

15   DiPersia, were authorized check signers.  And that

16   grew to another later on.

17         Q       And was Rose Diaz also the controller

18   for HOP?

19         A       Yes.

20         Q       Now I understand.  Thank you.

21                 Did Mr. Sobel provide any kind of

22   direction, strategic or tactical, if you will?

23         A       Yes.  He shared his vision.

24         Q       What was that?

25         A       You know, constantly be aware that we

22

1    are an industry that is changing.  You know, he

2    wanted to be ahead of the curve, that he wanted to

3    do things ethically, that he, you know...

4         Q       Did he provide -- did he provide

5    instruction as to how he wanted to accomplish those

6    things?

7         A       He would -- yes.  He would theorize

8    with me.  We had discussions.

9         Q       Did Mr. Sobel have any input into the

10   decision to terminate George Stamos's employment?

11        A       So I made the decision, but I told

12   John Sobel what I was going to do.  So if that

13   answers...

14        Q       In doing so, were you requesting

15   Mr. Sobel's permission or did you have that kind of

16   authority on your own?

17        A       I had the authority.  But with

18   managers, you know, I would always discuss with John

19   the plan, what our plans were.

20             MR. DERATZIAN:  I want to show you

21   two documents which -- can we mark this Solano-1 and

22   2.

23             (Exhibits Solano-1, Notice to Take

24   Oral Deposition; and Solano-2, Notice to Take Oral

25   Deposition of AOP Operating Company, is received and

30

1     HOP prior to coming over to AOP briefly?

2          A      I don't recall.

3          Q      How old was Diego in 2019?

4          A      I don't know, but I would be guessing

5     that he was late twenties, guessing maybe thirty.

6          Q      Is that your best estimate?

7          A      Best estimate.

8          Q      And what about Johan?

9          A      Johan, I am going to say is around

10    40.

11         Q      And is that your best estimate?

12         A      Best estimate.

13         Q      I ask you this only because Attorney

14    Wells asked Mr. Stamos, how old are you?

15         A      Me?

16         Q      Yeah.

17         A      I am 62.

18         Q      When did the position -- well, I take

19    it back.  Is there actually a position within your

20    organization that is called a technologist?

21         A      Yes.

22         Q      When did that come into existence?

23         A      That is a good question.

24         Q      I know.

25         A      So, there is a technologist that --

41

1          Q          In that paragraph, Attorney Wells

2    states in the last sentence, Indeed at no --

3    "Indeed, at no point in this litigation have the

4    defendants take the position that Mr. Stamos's

5    termination was the result of poor financial

6    performance of the used car department at the VW

7    Dealership."  Do you agree with that?

8          A          Yes.

9          Q          So I don't need -- if I ask you, did

10   Mr. Stamos perform poorly as far as producing

11   financial results from the dealership, your answer

12   would be no?

13         A          My answer would be the definition of

14   insanity is doing the same thing over and over and

15   expecting different results.  That would be my

16   answer.

17              Specifically, we were not questioning

18   his skill level in certain areas, but we knew that

19   if we didn't change the way we did business, we

20   believed we would become seriously handicapped.

21         Q          In what areas are you not questioning

22   his skill level in?

23         A          Certified pre-owns by Volkswagen.

24         Q          So we have been kicking that term

25   around in various depositions.  What does that

42

1    actually mean?

2         A      Certified pre-own is a car that you

3    buy from either a trade or an off-lease car you

4    bought from Volkswagen that you were able to certify

5    by doing, you know, a multi-point inspection and how

6    to be within the years and miles to qualify.  And

7    then it would come with a certified warranty and you

8    would then sell it, yes.

9         Q      And the dealership does the

10   certifying.  Correct?

11        A      Correct.

12        Q      It is not like you send it to

13   Volkswagen and they do something and then send it

14   back?

15        A      No.

16        Q      And even if you buy it off lease from

17   Volkswagen, the dealership is still doing the

18   certifying.  Correct?

19        A      Correct.

20        Q      And in addition to taking in trade

21   and buying from Volkswagen -- by the way, when you

22   say Volkswagen, do you mean the Volkswagen credit

23   facility or for Volkswagen of America?

24        A      Both.  But for this discussion --

25   yes, both.  But normally if it is a leased car, it

43

1    would be Volkswagen Financial Service; VCI is the

2    acronym.  And then for trade-ins it would not --

3    that would come from someone like you.

4         Q       Do you also certify vehicles that you

5    acquire from, say, auction?

6         A       Volkswagens?

7         Q       Yeah.

8         A       Yes.

9         Q       So, it is really any means by which

10   you acquire a -- what used to be called a used

11   car --

12              MS. TRACY:  Objection.

13        Q       -- that can be -- that meets the

14   qualifications to be certified?

15              MS. TRACY:  Objection.

16        Q       Of Volkswagen, a used Volkswagen.

17        A       Yes.  That meets the qualifications

18   is the keyword.

19        Q       And there is dozens of points that it

20   has to meet.  Correct?

21        A       Oh, yes, hundreds.  Yes, hundreds.

22        Q       Is it hundreds?

23        A       Over a hundred, yeah.

24        Q       And when you say that you weren't

25   questioning Mr. Stamos's skill set in certified

45

1    ever a situation where somebody proposes to trade in

2    a vehicle where the dealership says no, we're not

3    going to accept as a trade?

4          A       Yes of course.

5          Q       Who makes that decision?

6          A       It would be either in Volkswagen, it

7    would be Rich or George.

8          Q       So the pre-owned sales manager?

9          A       And the new car manager.

10         Q       And that decision is made at the time

11   of the transaction.  Correct?

12         A       Yes.

13         Q       When -- and assuming it is a

14   Volkswagen and we're at the Volkswagen dealership,

15   when is the decision made about whether to subject

16   it to certification process?

17         A       Well, you would first send it in to

18   qualify.  So you would have -- if it became too

19   exorbitant, the reconditioning, and you were priced

20   out of market, now we know that you would use data

21   to find that out.  Before we were -- George was

22   assigning a number.  If it needs more than $1400

23   worth of work, don't -- we are not -- you know, we

24   are not going to certify.

25         Q       Was that actually his criteria,

46

```
1    $1400 --

2         A        I don't know the exact but my best

3    recollection, you know.

4         Q        Do you know if that decision was made

5    in conjunction with someone else?

6         A        No.  I think he would make that

7    decision.

8         Q        How does market data -- well, let me

9    back up a second.

10                 To be certified pre-owned, is there a

11   particular age beyond which it can't be certified?

12        A        Yes.

13        Q        What is that?

14        A        So, it is 60,000 miles and that

15   changes.  So it's 60,000 miles and it has to be

16   within the warranty period.  So if you -- if you

17   certify something that is -- 'cause you get a

18   five-year 60,000 or five-year unlimited, depending

19   on which way you go, it is not that appealing for

20   someone if it just made the surface, they only have

21   another additional year.  So you want to try and get

22   a sweet spot of one or two years so that the person

23   would have a longer warranty.

24        Q        And how does market data inform that

25   decision as far as what the cost of upgrade --
```

47

```
 1          A       Because if you look at the market

 2    data, you will quickly discover that there are

 3    either very few of these cars in the market.  And if

 4    you did the reconditioning you would be priced

 5    accordingly, or there are thousands of these cars in

 6    the market saturated.  If you do, you're better off

 7    just taking it to auction and getting rid of the

 8    car.

 9          Q       Oh, I see, okay.  I am gathering that

10    as things stand right now, pretty much used cars are

11    at a premium?

12          A       Yes.  But we still use market data.

13          Q       I understand.  That was a separate

14    issue?

15          A       Yes.

16          Q       But in a market like this as it

17    stands today in post-COVID times or, more or less,

18    post-COVID times, are you more -- you are more

19    willing, I would gather, to take in -- to certify

20    cars because they're more saleable because they're

21    more in demand.  Is that not a good way to look at

22    it or is that a good way to look at it?

23          A       That's not a good way to look at it.

24          Q       Why not?

25          A       Because a certified car has very
```

48

```
1    limited things that you can sell to it.  You're

2    better off taking in a Chevy and selling them a

3    warranty, selling them all the things that you can't

4    sell, or subvented rates, which come with a

5    certified car.  You can sell them financing.  So

6    it's actually more appealing to have a broader...

7         Q      Because of the desk add ons?

8         A      The ability to offer more product to

9    the customer.  Desk add on, that is a bad term.

10   That is a bad term.

11        Q      That is a consumer-side term.  I am

12   not denigrating the role of the person at the desk

13   at a dealership.

14        A      Yes.

15        Q      Did you ever mention to Mr. Stamos

16   that he should have been more proactive in taking

17   into account market data in determining what is a --

18   what to take in as certified pre-owned?

19        A      Absolutely.

20        Q      When was the first time you ever

21   mentioned that to him?

22        A      So, when Michael Clites took over

23   Honda of Princeton, he immediately -- there was an

24   incredible uptick in their business and their

25   profitability.  And I went over to speak to Michael
```

49

1    Clites and say, what are you doing?  And he shared

2    with me his wisdom and I said, you know, I'd like

3    you to come and see if we can do that.  So that was

4    a few years ago.

5         Q      Using July of 2019 as a benchmark,

6    when did you mention to -- when did this

7    conversation with Mr. Clites happen?

8         A      So, if July of '19 -- is that when

9    George left?

10        Q      Yes.

11        A      Okay.  I'm going to say that we

12   started to discuss it as soon as the second or third

13   month of Mike's employment.

14        Q      Do you remember when the very first

15   time you suggested that Mr. Clites come over to...

16        A      Well, I was actually -- I tried to

17   talk to George and Rich and Ryan, who was the

18   pre-owned manager at the time at Audi, and I kind of

19   shared the vision of what they were doing.  I didn't

20   ask Mike to initially come over because I thought we

21   could do it in-house.  And I got acceptance from

22   Lauren Waldrop, the general sales manager; Rich

23   Ortiz, the general sales manager; Ryan, and I don't

24   know if I got acceptance from George because he

25   didn't say anything.  He didn't agree or disagree at

55

1          A          So his main focus was on certified

2    pre-owned, which he did do a good job.  But my

3    industry was changing very rapidly.  We had many

4    business disrupters now, we have CarGuru, TrueCar,

5    Carvana, and the business model is changing.  And

6    these companies are using very sophisticated

7    algorithms and market data to buy and purchase so

8    that you can, A, know what your market is and price

9    accordingly, and know when to get out.

10         Q          And was that -- was that the case

11   also in 2019 that there was CarGuru, TrueCar and

12   Carvana?

13         A          Yes.  But you know -- but they had a

14   different functionality, it is changing.  So

15   initially, you know, all of these things came about

16   as lead providers, but now they're getting into the

17   business of actually selling the car.  So it is

18   changing rapidly.

19         Q          So I know what Carvana is, although I

20   think they changed their name.  What is CarGuru?

21         A          CarGuru is a lead provider, TrueCar

22   is a lead provider, Carvana is -- you know, was

23   actually a selling retailer.  I mean, there is so

24   many.  Everything has a dot com next to it.

25         Q          And Carvana -- is Carvana the one

56

```
 1    that will deliver your car to you and --

 2         A       Correct.

 3         Q       -- you buy it online for cars you

 4    have never seen before, and it arrives on your

 5    doorstep?

 6         A       Correct.  Which we are doing now.

 7         Q       Okay.  Speaking only of 2019, how

 8    was -- I'm sorry.  Speaking of the fall of 2018,

 9    what specific conversations did you have with

10    Mr. Stamos about how he could incorporate these new

11    technologies?

12         A       Mr. Stamos never communicated.  So

13    any subject I brought up, we never had even a

14    spirited conversation.

15         Q       What does that mean, he never

16    communicated?

17         A       I would ask him a question, he would

18    answer it with one word.  I would -- if I tried to

19    share he'd say, okay, okay.  And then just not do

20    it.

21         Q       What did you tell him you wanted to

22    do that he said --

23         A       I said, I want you to start talking

24    to the customers, I want you to start using all of

25    these tools that are available to us now.  I don't
```

62

1        A        I said -- I mean, my recollection I
2    said, George, those kind of things are just not
3    tolerated anymore.
4        Q        What did he say?
5        A        He shook his head.  He did not
6    communicate.  But that is my recollection, you know.
7    It was --
8        Q        Did you raise with him concerns about
9    Mr. Geller's personal complaints?
10        A        Yes.  We brought him in.  Sue Power
11    and I brought him in and, you know, went over the
12    letter with him.
13        Q        And what was Mr. Stamos's response to
14    that?
15        A        He was not -- he actually didn't deny
16    or say he did or didn't.  He didn't communicate, you
17    know?  So my recollection was I said, George, you
18    know, this is just unacceptable if this is true.
19    And he said that he would go about and change his
20    ways.
21        Q        And did you consider that to be an
22    appropriate response to your discussion with him?
23        A        I didn't know him that well, you
24    know, when all of this happened.  You know, I had
25    difficulty communicating with George, which I didn't

63

1    have with the other staff.  He would give one word

2    answers.  If we had a meeting, he wouldn't

3    participate.  He was just -- he was a difficult

4    person to have a conversation with.

5            Q      Did you ever address that issue with

6    Mr. Stamos that he needed to be more communicative?

7            A      Oh, often.

8            Q      When was the first time you addressed

9    that with him?

10           A      Probably, I am going to say, 2017.

11           Q      And what was his response?

12           A      Gruntorial, if that's a word.

13           Q      So, between 2017 and 2019, did you

14   ever address that issue with Mr. Stamos again, being

15   more communicative?

16           A      So we would have a meeting, and I

17   would go around the room and at the end of the

18   meeting I always said, listen, any thoughts or

19   concerns or anything we need to know?  And everyone

20   would elaborate, and George would say, everything is

21   fine or it's okay and then we would leave.  And I

22   would usually pull him aside and say, George, this

23   is a meeting, you know, to communicate.  You know,

24   if there is a reconditioning issue, if there is an

25   issue, you have to communicate.  Everything was

65

1          Q          And that would have been sometime --

2          A          Whenever that letter is dated.

3          Q          May -- April, March -- let's just say

4     March to July 2019 range.  Correct?

5          A          Right.  Right.

6          Q          And after that, Mr. Clites never

7     communicated anything to you in writing again about

8     Mr. Stamos?

9          A          So -- no.  But we met with Michael --

10    not that I remember.  But we met with Rich and Mike

11    Clites often.  And it went completely south after

12    that initial meeting to the point where he told Mike

13    Clites that he doesn't need his help.

14         Q          Did you ever tell Mr. Stamos that you

15    were bringing Mike Clites over to help him?

16         A          Of course.

17         Q          When was -- when did you tell him

18    that?

19         A          So I am going to say February or

20    March, you know, my recollection.

21         Q          Well, that confuses me.

22         A          Because he started in March?

23         Q          Yeah.

24         A          Then March.  Whenever -- so after --

25    so I would say that Mike Clites -- the date is

66

1    April?  I don't know.

2        Q        So, what did you say to Mr. Stamos to

3    communicate that you were bringing Mike Clites over

4    to help him?

5        A        So I said to George Stamos, to Ryan

6    Beraranka [sic], with Lauren Waldrop and to Rich

7    Ortiz, that there is a new -- a guy who has worked

8    for vAuto and Autotrader, has a new system that I

9    think we need to implement, we need to start sharing

10   inventories using market data, and I am going to --

11   originally I didn't pay Mike Clites.  But when it

12   became so combative with George, I actually started

13   to pay him.

14       Q        How did it become combative?

15       A        Eventually George said to him, I

16   don't need this -- I don't need your help and, you

17   know -- you know, wouldn't deal with him, wouldn't

18   come to the meetings with Rich and George because

19   the whole system is based on everybody being on the

20   same team, the used car manager and the new car

21   manager.  Because it's all about the initial

22   appraisal, then to get the ball rolling, you know,

23   the condition of the car and then to check the

24   market data to see what your exit strategy is,

25   what -- how saturated the market is with this

1    particular car.  If we took it in for X, would it

2    reach the top level of the views so it would get a

3    lot of eyes, they call it on the pages.  And George

4    refused to participate.

5           Q      What is your basis of saying that Mr.

6    Clites got to that level of discussion about the use

7    of vAuto in any of the times that he met with

8    Mr. Stamos?

9           A      Well, with Mr. Stamos I don't, I

10   wasn't present for that.  But I will say that Rich

11   Ortiz, who was part of the meetings, shared that

12   with me.  You know, they were truly on board.

13          Q      So, both Mr. Stamos and Mr. Clites

14   have explained that Mr. Clites was at that point

15   simply going over the mechanics of vAuto?

16          A      Right.

17          MS. TRACY:  Objection.

18          Q      Was there any reason to believe that

19   Mr. Stamos did not know the mechanics of vAuto?

20          A      I can't answer that because George

21   didn't communicate that with me.

22          Q      Well, Mr. Stamos testified he knew --

23   well, that's right, you were present.  He testified

24   he knew the mechanics of vAuto.

25          A      I don't believe it.  I don't -- I

68

1     don't truly believe --

2          Q        He also testified that Mr. Clites

3     wasn't doing anything other than going over the

4     mechanics, right?

5                   MS. TRACY:  Objection.

6          Q        You can answer.

7          A        Yes.  I was there for that testimony.

8          Q        And Mr. Clites also testified that as

9     far as he got with --

10         A        George.

11         Q        No.  Mr. Clites testified that by the

12    time that Mr. Stamos was fired, he had only just

13    gone over the mechanics of vAuto --

14                  MS. TRACY:  Objection.

15         Q        -- right?

16         A        If you say that is what he testified.

17    I didn't...

18         Q        What is your basis for believing that

19    he got into any of those higher level concepts that

20    you just described before July of 2019?

21         A        Because Rich Ortiz -- George stopped

22    coming to the meetings with Mike Clites.  And Rich

23    Ortiz and him -- that is how I learned so much about

24    how everything worked, from Mike Clites and Rich

25    Ortiz.  George -- the mechanics of it are pretty

69

1    simple, I just explained it.  It's the doing -- it's

2    the doing.  And, you know, George was the manager,

3    and he should have been the flag waver for this, you

4    know?  But once you have a manager who becomes

5    disgruntled with something and then shares it, the

6    rest of the staff won't follow through.  We just

7    felt that George was not part of the solution.

8             Q        In what way was Mr. Stamos

9    disgruntled?  Or in what way did he demonstrate he

10   was disgruntled?

11            A        He told me.  He said, I don't need

12   to -- I don't need to -- I don't need his help.

13            Q        And that was made supposedly in a --

14   well, that was made -- any comment like that was

15   made in a private meeting with Mr -- no.  I am

16   confusing --

17            A        Mr. Clites.

18            Q        No.  Clites and -- it's Mike whose

19   name I can't -- last name I can't remember.  Not

20   Mike, Rich.

21            A        Ortiz.

22            Q        Ortiz.  As soon as I said Rich I

23   realized it was Ortiz.

24                     That was in a private meeting with

25   Rich Ortiz and Mike Clites and George Stamos --

70

```
 1                    MS. TRACY:  Objection.

 2          Q        -- right?  To the best of your

 3   knowledge?

 4          A        To the best of my knowledge.

 5          Q        He wasn't standing out on the

 6   showroom floor saying disparaging things about Mike

 7   Clites or Rich Ortiz or you or the dealership and

 8   vAuto, right?

 9          A        That I don't know.

10          Q        Did you ever hear anything like that?

11          A        I heard that he is making -- clearly

12   evident to everyone that he is not on board with

13   this process.

14          Q        Well, who told you that?

15          A        Rich Ortiz, Mike Clites, Matt Kassin.

16   I mean, you know...

17          Q        Now Matt Kassin was long gone by this

18   point, right?

19          A        No.  Matt Kassin didn't leave until

20   COVID.

21          Q        That's right.  Do you remember when

22   Mr. Kassin started?

23          A        I don't.

24          Q        Would it be fair to say that the

25   overlap between them was about a month?
```

79

1    tool, my team used the tool.

2         Q        The royal you.

3         A        The royal you.  I believe so, yes.

4         Q        Can you tell me -- if you can do this

5    in a list form and then we can talk about things,

6    why did you -- why did you decide to terminate

7    Mr. Stamos's employment?

8         A        I felt that George was difficult to

9    communicate with.  I thought that he didn't exhibit

10   leadership skills.  I thought someone in that

11   position should have been communicative, be able to

12   communicate.  And I thought that he had the

13   intelligence to go in this new direction but I

14   didn't feel -- I don't believe he had the

15   willingness.

16        Q        When did you reach -- when did you --

17   when was the first time it occurred to you that

18   Mr. Stamos's employment might be coming to an end or

19   should come to an end?

20        A        So I guess during the Mike Clites'

21   period.

22        Q        So, from the time -- during the Mike

23   Clites' period, when was -- did you ever say to

24   Mr. Stamos, you need to make some changes or else we

25   may have to part ways, or words to that effect?

85

1    consequences.

2          Q        I don't think I used -- even I don't

3    think I used the words dire consequences.

4                   So, one of the things that you're

5    being presented in lieu of the company today is that

6    plaintiff demonstrated consistent poor performance

7    as a sales manager.

8          A        Yes.

9          Q        What does that mean?

10         A        So he didn't train, he did no

11   training.  He didn't -- he didn't get involved in

12   the meetings, he was not a positive reinforcer, he

13   lacked basic communication skills.

14         Q        Did you ever -- did you ever tell him

15   that he needed to provide more training -- I am

16   assuming to the sales staff?

17         A        Of course.  And I said -- and I said

18   to him many times that he has to get involved in the

19   department.  You know, you can't send neophytes,

20   people who are new to the business into -- you know,

21   to make decisions.  You know, he is the manager.

22         Q        Any other way that you -- other than

23   not participating in meetings and not providing

24   training, that you believe that he demonstrated

25   consistent poor performance?

86

```
 1        A        Yeah.  I think that his unwillingness

 2   to support innovation or innovative ideas had an

 3   overall effect on our business.

 4        Q        So, talking about this vAuto thing

 5   for a minute.  Was that something that the sales

 6   staff would have been required to become involved

 7   in?

 8        A        No.

 9        Q        So, this was just a matter of George

10   Stamos becoming aware of what this product could do

11   for his --

12        A        Department.

13        Q        -- his department.

14                 MS. TRACY:  Objection.

15        Q        She is really -- go ahead.

16        A        So, when you say George's department,

17   that is not necessarily true, it's new and used.

18   It's an appraisal tool, it is a marketing tool, it

19   is an advertising tool, you know?  Because if you

20   price something right, you will appear on Autotrader

21   or any of these websites.  And, you know, each

22   department interacts with the other.  Like, it's not

23   a chicken talking to a duck, it's -- you know, for a

24   new car to be sold, they have to be in a line with

25   the used car and vice versa.
```

89

1          MS. TRACY:  Objection.

2      Q      Go ahead.

3      A      In the sense that you could then --

4  the function would enable you to have an intelligent

5  conversation with the salesperson.  When the

6  salesperson says they want X.  Well, Bill or Susan,

7  there is 200 of these in the market and this is the

8  average selling price and -- it was really a tool to

9  open up a dialogue, to have an intelligent

10 conversation or, oh, that is a nice color, let's put

11 in on the lot.

12     Q      I think you're reading more into my

13 question --

14     A      I always do.

15     Q      That's okay.  All I am trying to find

16 out is whether or not there was anybody dealing with

17 used cars, other than George Stamos, that would have

18 to directly know how vAuto worked in the Volkswagen

19 dealership?

20     A      No.  I believe you're correct.

21     Q      And I take your point about if the

22 manager can't use it, they can't intelligently

23 interact with everybody else.  Okay.

24          What makes you believe that George

25 Stamos was not interacting with vAuto in an

90

1    appropriate way?

2         A       Because Mike Clites, the expert, came

3    back and said, he is not listening to me, he is not

4    buying into this and, you know, I mean -- go ahead.

5         Q       How do you know he didn't actually

6    know what he was doing already is what I am asking

7    you?  What makes you think that he didn't already

8    know what he was doing?

9         A       Well, if that was the case, then when

10   I first said, Mike Clites is going to go over and

11   have vAuto, he would have said -- we are going to go

12   over it and train you on vAuto, he would have said,

13   I know how vAuto works, I understand all the

14   functionality.  Do you really think it's necessary,

15   Joe?

16        Q       Do you remember in his deposition he

17   explained that he was interested to see what Mike

18   Clites had to say and then when he found out what

19   Mike Clites had to say, he realized he already knew

20   it already?

21             MS. TRACY:  Objection.

22        A       I heard him say that, but I don't

23   believe that to be true.

24        Q       Why don't you believe that to be

25   true?

92

1    model has changed.

2         Q       Okay.  And you related it earlier

3    that you told him exactly that, that -- with respect

4    to the vAuto Beetles, that you can't go by the

5    season anymore.

6         A       Right.

7                 MS. TRACY:  Objection.

8         Q       Was there anything else, other than

9    this business about the bugs -- I'm sorry, the

10   Beetles -- do we not call them bugs anymore?

11        A       No.

12        Q       The Beetles in 2018, that led you to

13   believe that George Stamos wasn't properly using

14   vAuto?

15        A       Yes.  I think that really it came

16   down to George -- I didn't know what George's

17   strategy was.  Again, George didn't communicate with

18   me, I was not looking to get rid of George.  George

19   had a little niche with the Volkswagen certified

20   pre-owned, but I thought we were putting all our

21   eggs in one basket, and I just -- any conversation I

22   had, he didn't verbally share with me any

23   information on what direction he was going.  And I

24   would say, we can't just sell Volkswagen CPOs.

25        Q       And he wasn't just selling CPOs,

93

1    right?  He was selling all sorts of used things?

2          A       The majority of what he sold were

3    CPOs.  And I wanted to use these tools to, you know,

4    really expand our market and eventually --

5    eventually share inventories and -- which he thought

6    that he was becoming a dumping ground for Mike

7    Clites's inventory.

8          Q       Right.

9          A       Which is not true.

10         Q       Which he said.  He testified --

11         A       So he did -- one of the few times

12    that he verbally shared -- I said, you're bringing

13    cars over there too.  I said, George, if anything is

14    not working and we have -- you know, we are just

15    trying this.  If there is something that you have a

16    solution, never heard another word.

17         Q       Other than you didn't hear another

18    word and other than Mr. Stamos didn't tell you that

19    he was pursuing a different strategy, is there

20    anything that you reviewed in records that led you

21    to believe that Mr. Stamos was not properly using

22    vAuto or otherwise engaging in these other

23    strategies?

24         A       Yes.  Only Mike Clites and Rich Ortiz

25    saying he is not participating.

99

1    records, Rose Diaz would have been the person who

2    would have done it?

3           A        I would believe that is true.

4           Q        And when did you first become aware

5    that the use of -- this may sound like a silly

6    question to you -- that the use of vAuto was part of

7    the reason for Mr. Stamos's termination?

8                    MS. TRACY:  Objection.

9           A        Ask it again?

10          Q        Sure.

11                   When did you -- when did you first

12   know that vAuto, the use of vAuto, was a part of

13   your reason for terminating Mr. Stamos's employment?

14                   MS. TRACY:  Objection.

15          A        Well, when it became apparent.  I

16   mean, are you looking for a date or --

17          Q        Was it while he was still employed?

18          A        Oh, yeah, yeah.

19          Q        So, when you got -- when you got

20   notice of the Charges of Discrimination, it wasn't

21   news to you that his use of vAuto was going to be

22   part of what was going to be an issue, right?

23                   MS. TRACY:  Objection.

24          A        I didn't think about it.  I didn't --

25   I mean, I literally gave it no thought.

100

```
 1          Q        How much -- how much operating
 2    knowledge does Rose Diaz have of the operations of
 3    the VW dealership?
 4          A        Quite a bit.
 5          Q        Like, does she know vAuto?
 6          A        She -- well, she is one of the check
 7    signers.  She knows -- I mean --
 8          Q        You pay for it?
 9          A        We pay for it, yeah.
10          Q        Would she on her own have known that
11    vAuto was part of your reason for terminating
12    Mr. Stamos's employment?
13          A        It wasn't vAuto alone, it was --
14          Q        That is why I said part of.
15          A        Part of, yes.
16          Q        Did you ever reach out to Mr. Clites
17    and ask him to take whatever -- take any actions
18    with respect to preservation of records from vAuto
19    as pertained to Mr. Stamos?
20          A        No.
21          Q        If you go back to Exhibit 6, which is
22    the letter from Attorney Wells, she lists -- I had
23    asked her, and I will tell you, can you identify the
24    documents that record Mr. Stamos's poor performance?
25    And she lists -- she attached four documents, three
```