# EXHIBIT C

VW

# APPLICATION FOR EMPLOYMENT

PRE-EMPLOYMENT QUESTIONNAIRE – EQUAL OPPORTUNITY EMPLOYER                    Date 5/12/16

| Position Desired | | Salary Required | Available Date |
|---|---|---|---|
| SALES MANAGER | ☑ Full Time ☐ Part Time | | |

## WE ARE AN EQUAL OPPORTUNITY EMPLOYER
## APPLICANT'S STATEMENT

I understand that this application will be given every consideration, but is not a promise of employment

I UNDERSTAND THAT IF I AM HIRED, MY EMPLOYMENT WILL BE FOR NO DEFINITE PERIOD, REGARDLESS OF THE PERIOD OF PAYMENT OF MY WAGES, I FURTHER UNDERSTAND THAT I HAVE THE RIGHT TO TERMINATE MY EMPLOYMENT AT ANY TIME WITH OR WITHOUT NOTICE, AND THE COMPANY HAS THE SAME RIGHT. NO ONE OTHER THAN AN AUTHORIZED REPRESENTATIVE OF THE COMPANY HAS AUTHORITY TO MODIFY THIS RELATIONSHIP OR TO MAKE ANY AGREEMENT TO THE CONTRARY.   ANY SUCH MODIFICATION OR AGREEMENT MUST BE IN WRITING.

Applicant's Initials

I understand that the Company reserves the right to require me to submit to a medical examination, including a drug/alcohol test, prior to employment and at any time during my employment, to the extent permitted by law

Applicant's Initials

I understand that, in connection with this application for employment, consumer reports or investigative reports (which may contain public record information) may be requested. Such reports may include, but are not limited to the following: consumer credit, criminal records, driving records, education, current and prior employer verification   Further, I understand that such requested reports will include information from various Federal, State, Local and other Agencies, which contain my past activities.

Applicant's Initials

I understand that I have the right to make a written request within a reasonable period of time to receive detailed information about the nature and scope of this investigation. I further understand that the Company may contact my previous employers and I authorize those employers to disclose to the Company all records pertinent to my employment with them. In addition to authorizing the release of any information regarding employment, I hereby fully waive any rights or claims I have or may have against my former employers, their agents, employees and representatives, as well as other individuals who release information to the Company, and release them from any and all liabilities, claims or damages that may directly or indirectly result from the use, disclosure, or release of any such information by any person or party, whether such information is favorable or unfavorable to me.

Applicant's Initials

I hereby state that all of the information that I provide on this application for employment and in any interview is true and accurate. I understand that in the event I am employed and any such information is later found to be false in any respect, I may be dismissed.

DO NOT SIGN UNTIL YOU HAVE READ THE ABOVE STATEMENT    Signature of Applicant

Applicant's Initials
5/12/16
Date

## PERSONAL DATA (Please Print)

| LAST NAME | FIRST NAME | MIDDLE INITIAL | SOCIAL SECURITY NUMBER | TELEPHONE NUMBER |
|---|---|---|---|---|
| Stamos | George | | | |

PRESENT ADDRESS

HOW LONG HAVE YOU LIVED AT THIS ADDRESS?

| CITY | STATE | ZIP | HOW LONG DID YOU LIVE AT THIS ADDRESS? |
|---|---|---|---|

WHO REFERRED YOU TO THIS COMPANY?

☐ EMPLOYMENT AGENCY   ☐ NEWSPAPER   ☐ FRIEND   ☐ WALK IN   ☑ OTHER (DESCRIBE)

AOP00287

## GENERAL INFORMATION

Are you 18 years of age or older?    ☒ Yes    ☐ No

Have you ever worked for this company before?    ☐ Yes    ☒ No    If yes, please give dates and position: _____

Do you have any friends or relatives working here?    ☐ Yes    ☒ No    If yes, Name: _____    Relationship: _____

Do you have a means of transportation that will allow you to consistently arrive at work on time?    ☒ Yes    ☐ No

In the event you are offered employment and the position involves the possible use of a company vehicle, or the operation of a customer's vehicle, you must have a valid driver's license. Please refer to the positions listed on page four (4) of this application. Positions highlighted in boldface type could involve the use of a company vehicle or the operation of a customer's vehicle and, therefore, require that you have a valid driver's license. After consulting the list on page four (4), please answer the following:

Are you applying for a position with our company that involves the use of a company vehicle or operation of a customer's vehicle?

☐ Yes    ☒ No    If yes, please answer the following:

I have a valid driver's license issued by the State of ___NJ___. My driver's license number is ███████████

My license will expire on ███████████

List all computer programs in which you are proficient: _____

Can you type?    ☐ Yes    ☐ No    If yes, please state your speed: _____ Words per minute.

Are you available for work on weekends and evenings, if necessary?    ☐ Yes    ☐ No

Are you willing to work overtime, if required?    ☐ Yes    ☐ No

Are you capable of completely performing the SPECIFIC job duties of the position for which you are applying?    ☐ Yes    ☐ No

Can you meet the SPECIFIC attendance requirements of the job for which you are applying?    ☐ Yes    ☐ No

Do you currently use illegal drugs?    ☐ Yes    ☒ No

Have you submitted any letters of recommendation you may have from previous employers?    ☐ Yes    ☒ No

Additional comments concerning above information: _____

_____

_____

_____

_____

_____

## EMERGENCY INFORMATION

In case of an accident or other emergency, who should we contact?

Name ___ALBINA JIAMOS___    Relationship: ___WIFE___

Home address: ___SAME___    Phone: ███████████

    Street    City    State    Zip

Employer: _____    Phone: _____

Employer address: _____

    Street    City    State    Zip

Applicant's Initials

AOP00288