# EXHIBIT D

# Harassment / Discrimination in the Workplace, Prevention and Elimination Policy Statement

Purpose

This policy is being implemented to assure Princeton Audi/VW is taking all feasible steps to prevent harassment from occurring and to address conduct that does occur before it becomes severe or pervasive. It is mandatory that all new hires take a web based Sexual Harassment / Discrimination course / test which must be completed within 3 days of your hire date.

Policy

Princeton Audi/VW has zero tolerance for harassment and discrimination. It is the policy of Princeton Audi/VW to maintain a work environment that is free from harassment / discrimination based on race, color, religion, sex (whether or not of a sexual nature and including same-gender harassment and gender identity harassment), national origin, age (40 and over), disability (mental or physical), and sexual orientation and from retaliatory harassment based on opposition to discrimination or participation in the discrimination complaint process.

In addition, it is the policy of Princeton Audi/VW that no retaliation will be tolerated against any employee for reporting harassment under this or any other policy or procedure, or for assisting in any inquiry about such a report.

Definition of Harassment / Discrimination

Unwelcome verbal or physical conduct based on race, color, religion, sex (whether or not of a sexual nature and including same-gender harassment and gender identity harassment), national origin, age (40 and over), disability (mental or physical), sexual orientation, or retaliation, constitutes harassment when:

The conduct is sufficiently severe or pervasive to create a hostile work environment; or

A supervisor's harassing conduct results in a tangible change in an employee's employment status or benefits (for example, demotion, termination, failure to promote, etc.).

Implementation

All Princeton Audi/VW staff are responsible for implementing the anti-harassment policy and for cooperating fully in its enforcement. Employees must not engage in harassing conduct. Employees subjected to harassment should promptly follow the procedures in this policy to bring the matter to the attention of management. Supervisors and other management officials must act promptly and effectively to correct any harassment that does occur.

Internal Complaint Procedure

If you believe you are the subject of harassment in violation of this policy, you should discuss the occurrence with your supervisor. If you believe you are being harassed by your immediate supervisor, you should notify your supervisor's manager, as well as any member of management with whom you feel comfortable discussing the problem. In addition, employees who observe or are made aware of possible harassment in the workplace have an obligation to immediately report the incident to their immediate supervisor or any member of management. All information will be maintained on a confidential basis to the greatest extent possible.

A complaint alleging harassment, whether written or oral, should include the specific nature of the incident, date and place of the incident, names of all parties involved, as well as a detailed report of all pertinent facts. Complaints of harassment will be promptly and carefully investigated. Investigations will include interviews with all relevant persons, including the accused and other potential witnesses. Appropriate remedial action will be taken in all cases where harassment is found to have occurred. Such remedial action may include termination of employment.

Princeton Audi/VW prohibits any form of retaliation against any employee for making a good faith complaint under this policy or for assisting in a complaint investigation. However, if, after investigating any complaint of harassment or unlawful discrimination, it is determined that an employee has provided false information regarding the complaint, disciplinary action up to and including termination may be taken against the individual who made the complaint or who gave the false information.

Employee Name: GEORGE STAMOU

Signature: [signature]   Date: 5/23/2016