# EXHIBIT F

## VIII. ACKNOWLEDGEMENTS

### ACKNOWLEDGMENT
(To be placed in Employee's Personnel File)

This will acknowledge that I have received a copy of the Employee Handbook of Audi/VW Princeton and understand that it sets forth the terms and conditions of my employment as well as the duties, responsibilities, and obligations of my employment. I understand and agree that I am responsible for familiarizing myself with the information in the Employee Handbook and Addendum and those they describe the employment policies that govern my employment. I agree to observe these policies.

I further acknowledge and agree that my employment is at-will and may be terminated at any time for any reason, with or without cause or notice, and that I may also terminate my own employment at any time for any reason, with or without cause or notice. I acknowledge that no oral or written statements or representations regarding my employment can alter the foregoing. I also acknowledge that no manager or employee of Audi/VW Princeton has the authority to enter into an employment agreement, express or implied, providing for employment other than employment that is at-will and understand that only the President of Audi/VW Princeton has the authority to enter an employment agreement that alters an employee's at-will employment status with Audi/VW Princeton and any such agreement must be in writing.

I also acknowledge that since the information, policies and benefits described in the Employee Handbook and Addendum are subject to change, I understand and agree that changes may be made in the future with or without cause or notice at any time.

5|6|2017
Date

_____
Employee's Signature

GEORGE STAMOS
Employee's Name (printed)

49