# EXHIBIT H

# Training Certificate

This is to certify that the undersigned has attended and successfully completed a required training program on

Harassment in the Workplace

For Supervisors

*[signature]*
_____
Employee Name
George Stamos

Trainer: William Potter, PHR

November 7, 2016

AOP00260



# Training Certificate

This is to certify that the undersigned has attended and successfully completed a required training program on

Harassment in the Workplace

For Supervisors

_____
Employee Name

Trainer: William Potter, PHR

June 12, 2018

AOP00317