# EXHIBIT J

```
              UNITED STATES DISTRICT COURT
               DISTRICT OF NEW JERSEY
                  TRENTON VICENAGE
   -------------------------------
GEORGE STAMOS,                      :
                                    :
                 Plaintiff,    :
                                    :
           -v-                      :
                                    :
AOP OPERATING COMPANY, LLP;         :
JOSEPH SOLANO AND JONATHAN          :
SOBEL,                              :
                                    :
                 Defendants. :
   -------------------------------
```

DEPOSITION OF:  RICHARD ORTIZ

September 14, 2021

TAYLOR & FRIEDBERG, LLC
Certified Court Reporters
60 Washington Street
Morristown, New Jersey  07960
Tel. 973-285-0411
E-mail: csr@taylorfriedberg.com

```
 1
 2
 3               T R A N S C R I P T of the deposition of
 4   RICHARD ORTIZ, a witness herein, called for Oral Examination
 5   by the parties in the above-entitled action, said deposition
 6   being taken pursuant to Notice, by and before LORI YUCHT, a
 7   Certified Court Reporter and Notary Public of the State of
 8   New Jersey, License No. XI00200400, at the Offices of Chiesa
 9   Shahinian & Giantomasi, 830 Morris Turnpike, Short Hills,
10   New Jersey, on Tuesday, September 14, 2021, commencing at
11   12:35 in the afternoon.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 8

1    ability to remember or concentrate?

2         A       No.

3         Q       You never know.

4                 How are you currently employed?

5         A       I am the general sales manager at

6    Volkswagen Princeton.

7         Q       And is that under the auspices of AOP

8    Operating Company?

9         A       Yes.

10        Q       How long have you been a general

11   sales manager?

12        A       Since March of 2019.

13        Q       What was the -- as of March of 2019

14   what was -- what was the chain of command up and

15   down from you?

16        A       Joe Solano was the general sales

17   manager, so he was above me.  And then George Stamos

18   was the used car manager, and Matt Rucko was the

19   finance manager, so I guess they would both be below

20   me.

21        Q       So you refer to yourself as being the

22   general sales manager since 3 of 2019, but you also

23   referred to Mr. Solano as being the general sales

24   manager.  Was that a mistake?

25        A       No.  I said general manager for Joe

Page 9

1   Solano.

2       Q       I just wanted to make sure.  That is

3   what I thought too.

4               Was there someone also who was the

5   new car sales manager?

6       A       No.

7       Q       Did you have -- did you handle new

8   car sales management?

9       A       Yes.  That's essentially what the

10  general sales manager does.

11      Q       And what -- were you a -- were you on

12  level -- the same level as George Stamos or did he

13  report to you or did you report to him, or anything

14  like that?

15      A       I wouldn't say he reported to me, and

16  I didn't report to him.  More or less equals I guess

17  and -- yeah.

18      Q       Was any part of your responsibility

19  in March of 2019 to evaluate Mr. Stamos's job

20  performance?

21      A       No.

22      Q       Before going to work for Volkswagen

23  of Princeton, where did you work?

24      A       I worked at BMW of Ramsey, which is

25  also known as Prestige BMW.

```
 1          Q          How long did you work for Prestige?

 2          A          From 2013 until 2018.

 3          Q          And what did you do in between

 4    Prestige and Volkswagen of Princeton?

 5          A          Nothing.  I went directly from BMW to

 6    Volkswagen.  I was just the finance manager from

 7    2018 to 2019 before --

 8          Q          Thank you.  And Matt took your place?

 9          A          Yes.  I promoted him.

10          Q          Did you work -- did you work

11    somewhere full-time before Prestige?

12          A          Yes.

13          Q          Where was that?

14          A          TGI Fridays.

15          Q          And what was your position with TGI

16    Fridays?

17          A          Waiter.

18          Q          And for what percent of time?

19          A          Six years.  Masters degree.

20          Q          Where did you get your Masters

21    degree?

22          A          At TGI Fridays.

23          Q          Oh, that was your Masters.  How far

24    did you go in school?

25          A          I did not go to college.  So high
```

Page 11

1    school degree.

2         Q       And where was that from?

3         A       Goshen High School.

4         Q       Is that New Jersey?

5         A       New York.

6         Q       That's what I thought.  I am an

7    Upstate New York person so the only Goshen I knew

8    was in New York, but I wanted to make sure.

9         A       Nice.

10        Q       Okay.  And when did you get out of

11   high school?

12        A       I'm sorry?

13        Q       When did you get out of high school?

14        A       2007.

15        Q       And what is your birthday?

16        A       June 28th, 1989.

17        Q       So, that would have made you 30 when

18   you -- 29 or 30 when you got hired by AOP?

19        A       Yeah.

20        Q       And I'm not sure if I asked you this

21   so forgive me if I did.  What was your job at

22   Prestige?

23        A       I was a -- my last job there was

24   finance manager.

25        Q       What other jobs did you hold there?

1        A        I was a salesperson initially.

2        Q        Does Prestige do new and pre-owned?

3        A        Uh-huh.

4        Q        One other thing I forgot to say --

5        A        Yes.

6        Q        Thank you.  Our intrepid court

7   reporter will try to take down answers like that,

8   but it is much better if we are clear what we are

9   talking about.  Thank you.

10               Okay.  What made you leave Prestige

11  and go to AOP?

12       A        The company was sold, or in the

13  process of being sold.

14       Q        You mean Prestige was sold?

15       A        Yes.

16       Q        Before coming to work for AOP, did

17  you work with or for anybody who you worked with or

18  for at AOP?

19       A        Yes.  Joe Solano.

20       Q        And where did you work with Mr.

21  Solano?

22       A        At BMW.

23       Q        How long did you work for Mr. Solano

24  or with -- I'm sorry, what was his job?

25       A        He was the general manager there as

Page 25

1    Mr. Stamos?

2         A       Daily.

3         Q       What was the nature of that

4    interaction?

5         A       Almost the same as finance.  Still

6    smoked cigarettes at that time, and we had Saturday

7    meetings.  So every Saturday, him and the

8    salespeople would be in my office and just -- I

9    can't, you know -- it was a very small dealership

10   so, you know.

11        Q       Once you became general sales

12   manager, what was your impression with Mr. Stamos?

13        A       In what regard?

14        Q       In anything, personal, business.

15   What was your impression of him?

16        A       Personally, nice guy and -- yeah.

17        Q       Any issues that you spotted with his

18   work?

19        A       Yes.

20        Q       What were those?

21        A       Well, he was not -- he was not an

22   approachable person for the salespeople.  He wasn't

23   necessarily an optimistic, motivational kind of

24   figure in the dealership.

25        Q       Anything else?

Page 26

```
 1        A        He was punctual.  He was always on

 2   time.

 3        Q        That's good too, right?

 4        A        Yeah.

 5        Q        Anything else?

 6        A        This is when I first started?  Like

 7   when I first got promoted to general sales manager?

 8        Q        So, when you got promoted to the time

 9   he left was a three-month period.

10        A        Correct.

11        Q        Or a four-month period.  Let's just

12   take that whole period.

13        A        Over those four months?

14        Q        Yeah.

15        A        Oh, okay.  Yeah.  Very, very -- I am

16   not too good with the words but, difficult.

17        Q        Okay.  What else?

18        A        What did I say already?  I don't want

19   to be repetitive.

20        Q        You said not approachable person to

21   the salespeople, not optimistic or motivational --

22   you said he was punctual, and then you said he was

23   difficult.

24        A        Difficult in terms of trying to make

25   any changes to, you know, the business plan that had
```

Page 27

1    carried on there prior to my promotion.

2          Q        Okay.  We'll come back to these

3    things.  I want to get some headings.

4          A        Sure.

5          Q        So, difficult.  What else?

6          A        I guess rude to an extent.  Not to

7    me, but I am just describing.

8          Q        Sure.  What else?  Tell you what,

9    let's talk about what you just said.  And if

10   something comes to mind, you just let me know.

11         A        Sure.

12         Q        You said he was not an approachable

13   person for the salespeople.  Is that something you

14   noticed right off the bat?

15         A        I knew that before being promoted.

16         Q        How did you know that?

17         A        Because as a finance manager, the

18   salespeople would come to me to help them make their

19   used car deals.

20         Q        How would you help them as the

21   finance manager?

22         A        I would just go speak to the

23   customer.

24         Q        And you've been a salesperson for a

25   while so you knew how to talk customer?

Page 28

1          A          Yeah.

2          Q          Other than what salespeople might

3   have told you, did you ever make any observation

4   about Mr. Stamos not being approachable to the

5   salespeople?

6          A          Yes.

7          Q          What did you observe?

8          A          So our offices were next to each

9   other.  I could -- thin walls.  I could hear almost

10  every conversation in there.

11         Q          So, tell me about -- tell me about

12  how he was not approachable.

13         A          So, a salesperson would get a

14  customer, take the customer to their desk, do a

15  needs analysis, needs assessment, test-drive the

16  vehicle, gather all the information, take that

17  information, go to the either new car or used car

18  manager - depending on what the customer was looking

19  for - give them all that information, receive a

20  quote sheet.  Up until that point, it was seemless

21  for both new and used cars.  If the customer said

22  anything but yes to the quote sheet, an objection,

23  they had to go back.  So at that point is when he

24  became unapproachable.

25         Q          And this is that famous moment in a

1  car transaction when a salesperson says, well, I

2  have to talk to my manager about that.

3          A          Correct.

4          Q          So, how was he not approachable in

5  that circumstance?

6          A          Well, after one or two times of going

7  back in there and being told that either you're weak

8  or tell them to get out, don't call us, don't --

9  tell them don't call us, we'll call them, any quip

10 like that to a not thick-skinned person is going to

11 create a thing of doubt within yourself.  And that

12 happened with, I would say, 80 percent of the staff.

13 Maybe if there was five people, there was one

14 salesperson whose skin is tougher than anything so

15 no one could bother him.  But the rest of them would

16 be affected.

17         Q          Who was the thick-skinned person?

18         A          Zach Asad.

19         Q          You say that in a way.  Why do you

20 say it that way?

21         A          Because Zach Asad is -- he ran his

22 own numbers so, you know, he didn't really need

23 anybody.  And it's just -- he is just a funny

24 individual to think about.

25         Q          Did Mr -- is Mr. Asad still with the

Page  37

```
 1          A          The question was, is there anything

 2     in here that is critical of George Stamos?

 3          Q          Yes.

 4          A          I don't think so.

 5          Q          If you want a moment, take it.  But

 6     if you're good with that answer, that's fine.

 7          A          No, I don't think there is anything

 8     critical of George Stamos in here.

 9          Q          Okay.  Thanks.

10                     So, what -- we were talking -- before

11     we got off on Zach Asad, you were telling me about

12     issues that you noticed with Mr. Stamos and the

13     information -- what you had given me at that point

14     was not approachable, not optimistic, motivational,

15     difficult and rude.  And we were talking about not

16     approachable, and you said that you could overhear

17     conversations with salespeople because he is right

18     next door to you and you have thin walls.  Did

19     you -- did you ever hear Mr. Stamos demeaning a

20     salesperson?

21          A          Yes.

22          Q          How so?

23          A          Calling them weak.

24          Q          Why do you consider that to be

25     demeaning?
```

Page 38

```
 1        A       I think I considered it to be

 2   demeaning because of the individual he was saying it

 3   to.

 4        Q       Who was he saying it to?

 5        A       Alan Geller.

 6        Q       Can you put this in a point of time?

 7        A       I can't.

 8        Q       Were you aware that Mr. Geller had

 9   made a complaint about being called weak by

10   Mr. Stamos in 2016?

11        A       Yes.

12        Q       So, is it your testimony that this

13   was another occasion of calling Mr. Geller weak?

14        A       Well, to be honest with you, I don't

15   know if the exact word was weak maybe.  I mean,

16   being under oath, I don't want to be misquoted here

17   but, demeaning nonetheless.

18        Q       Okay.  I understand that your

19   impression was, that it was a demeaning statement.

20        A       Yeah.

21        Q       Can you fill in a little bit with a

22   little -- anymore detail what Mr. Stamos might have

23   said that led you to believe that it was a demeaning

24   remark to Mr. Geller?

25        A       Just the look of deflation on Alan's
```

Page 39

1    face.

2          Q         Do you remember what the conversation

3    was about that you're referring to?

4          A         A car sale.

5          Q         So I am going to give you a for

6    instance.

7          A         Sure.

8          Q         Counsel is going to object and then

9    you're going to get to answer anyway.  Because

10   sometimes we just say objection because we have got

11   to preserve that for something.

12                   I would imagine that people get

13   deflated when they're told no on a deal.

14                   MS. TRACY:  Objection.

15         Q         Right?

16         A         And I can answer?

17                   MS. TRACY:  You can answer.

18         Q         She'll tell you when you can't

19   answer.

20         A         Okay.  I'm sorry, can you repeat the

21   question?

22         Q         Sure.

23                   If a salesman comes to you -- we'll

24   make it personal to you, and wants to do a deal and

25   you say no, the salesperson is not happy with your

Page 43

1    price was not going to be accepted?

2                    MS. TRACY:  Objection.

3         A       Yes.

4         Q       Was there a -- was there a

5    designation of who was working used and who was

6    working new?

7         A       For the salespeople?

8         Q       For the salespeople.

9         A       No.  They're all allowed to sell

10   either one.

11        Q       So, in one deal they might be working

12   with you and in another deal they might have been

13   working with Mr. Stamos?

14        A       Correct.  Depending on the customer.

15        Q       So, when Mr. Geller came in on this

16   one occasion -- and whatever you heard you have

17   described it as a look of deflation, I am assuming

18   that was after Mr. Stamos had said whatever he said?

19        A       Yeah.  Like at Alan's own desk,

20   several -- I don't know how long after.  But after

21   he left George's office.  'Cause you can't see into

22   each other's offices.

23        Q       Sure.

24                Did you ever inquire of Mr. Geller

25   what the problem was?

Page 44

```
 1        A       On that specific incident, I don't
 2   know.  But I had certainly had conversations with
 3   Alan.  He'd come to me to try and put a deal
 4   together to go out and talk to his customer at
 5   least.
 6        Q       Okay.  And would you do that when it
 7   was a used car -- a used car that was at issue?
 8        A       I had to.  George would never go out
 9   to talk to customers so I had to speak to them all.
10        Q       Did Mr -- did George ever tell you he
11   wasn't going to go out and talk to customers?
12        A       He didn't have to tell me, we just
13   knew that.
14        Q       Well, how did you know that?
15        A       Because he never got up.
16        Q       You mean he never left his office
17   during the entire workday?
18        A       No.  He would have cigarettes, but he
19   never got up to speak to a customer is what I meant.
20        Q       But how did you know that?
21        A       As I worked there with him for two
22   years and never saw him get up and speak to a
23   customer.
24        Q       Was your office as the general sales
25   manager the same office you had as finance manager?
```

Page 46

1    So that would be raising his voice, right?

2         Q       Right.  If you say so.

3         A       Yes.

4         Q       Would you consider that an

5    inappropriate raising of voice?

6         A       Not necessarily.

7         Q       Because you can't have the cars

8    blocking the aisle, right?

9         A       Yeah.

10        Q       How about -- how about this way.  Did

11   you ever hear Mr. Stamos inappropriately raise his

12   voice to a salesperson?

13        A       Yes.

14        Q       Can you give me an example?

15        A       I think he told Matt Kassin one time,

16   you are never going to figure this out, or something

17   like that.

18        Q       Castle, like --

19        A       Matt Kassin.

20        Q       Oh, Kassin.  Oh, right.

21        A       He definitely made a couple of louder

22   remarks at Matt Kassin.

23        Q       Did you have any -- did you work with

24   Matt Kassin?

25        A       Yes.

Page 47

1        Q        Did you ever have any problems with

2   Matt Kassin?

3        A        No.

4        Q        Did you consider him to be relatively

5   new to the car business?

6        A        Yes.

7        Q        Did he have any getting-up-to-speed

8   problems?

9        A        Yeah.

10       Q        What kind of getting-up-to-speed

11  problems did Mr. Kassin tell you?

12       A        I mean, the same that any new

13  salesperson would have getting familiar with things

14  as where the keys are stored, how to clock in,

15  logging in, putting the right information in a deal,

16  calling for insurance, getting a payoff, submitting

17  a credit app, finding the right technician, taking

18  the car to detail, where is the gas card?  There is

19  a lot of things.

20       Q        And did you have to assist him in

21  those matters too?

22       A        Most of them, yes.

23       Q        I'm sorry?

24       A        Most of them.

25       Q        At a certain point, did Mr. Kassin

Page 49

1      Q      Were you -- according to Mr. Kassin,

2   who was here by the wonders of Zoom earlier, all the

3   salespeople were coming to you for -- to work their

4   deals.

5      A      Yeah.

6             MS. TRACY:  Objection.

7      Q      Do you believe that to be true?

8      A      I worked deals for all the

9   salespeople, yes.

10     Q      Referring specifically to deals

11  involving used cars, were all the salespeople

12  primarily coming to you to work their deals?

13     A      No.  They would try, but a lot of

14  times I would send them to George.  Because if we

15  are going to run a dealership, we have to have a

16  process.  So I wanted them to go through George.

17     Q      Did any of them ever tell you why

18  they were going to you first and not George?

19     A      They didn't have to.

20     Q      What does that mean?

21     A      It was difficult to work with George.

22     Q      You never actually worked with George

23  as a salesperson.  Correct?

24     A      No.

25     Q      So, on what basis do you say it was

Page 50

1    difficult to work with George on a deal?

2         A        From hearing him and how he was with

3    the salespeople, from seeing him in my whole time

4    there, never go out and talk to a customer to close

5    a deal for a salesperson.  And, you know, just

6    overall energy.

7         Q        Do you know of anybody that ever

8    asked Mr. Stamos to come out and help him with a

9    customer?

10         A        No.  I mean, I would guess they

11    probably at some point asked him maybe prior to me

12    getting to the dealership.  I know Matt Kassin

13    probably asked him because he was the person who I

14    didn't work -- who was there in a post-me world.

15    Zach wouldn't have asked him, Alan wouldn't have

16    asked him, Sean wouldn't have asked him.  They just

17    wouldn't have asked him probably.

18         Q        What makes you think that Mr. Kassin

19    ever asked him to help?

20         A        Because Kassin always asked for help.

21         Q        I mean, Mr. Kassin testified he

22    didn't.  So I am wondering why --

23                  MS. TRACY:  Objection to form.

24         A        Asked for help?

25         Q        From Mr -- help with a customer on

Page 57

1    thought you were done.

2    BY MR. DERATZIAN:

3         Q        What was vAuto being used for at AOP

4    or HOP, when you started in 2018?

5         A        For trade appraisals, and I don't

6    know what else when I first started.  I wouldn't

7    know.

8         Q        Do you know what else vAuto does

9    besides facilitate trade appraisals?

10        A        Absolutely.  Yes.

11        Q        What else does it do?

12        A        So, it provides -- we price our cars

13   through vAuto now so our used cars are priced

14   through vAuto.  So we adjust our prices through it.

15   We print our buyers orders -- I mean, our buyers

16   guides and our warranty information through vAuto.

17   We had a workbench in vAuto which shows us years,

18   makes, models, trims, and grades them as to what is

19   doing well in the market.  VAuto also pulls data

20   from our third-party vendors, so like Autotrader,

21   Cars.com, CarGurus; shows us percentages of clicks

22   and click-throughs, VDP and SRP results, so search

23   results pages and vehicle display pages for each

24   vehicle; there is a listing logic tool in it that we

25   use to highlight and -- cars on Autotrader, you get

Page 58

1    a certain amount of premium spots and highlighted

2    spots, so we adjust the vehicles in there for that

3    now.  It shows you tons of reports, your turn rate,

4    your water, which is like your markup, your average

5    markup in vehicles, and I think that's about the

6    extent of the things we use vAuto for now.

7            Q       Do you know a gentleman named

8    Jonathan Harvey?

9            A       No.  I know of him but I've never met

10   him.

11           Q       Do you know what his job is?

12           A       I thought he was the IT guy at the

13   dealership.  Maybe he was like the -- not the IT

14   guy, maybe like a BDC guy.

15           Q       That's BDC, right?

16           A       BDC, yeah.  I think --

17           Q       What does BDC stand for?

18           A       Business development coordinator.

19           Q       Were you aware that in 20 -- in

20   November 2016, Mr. Harvey stated that vAuto was only

21   supposed to be used for pricing and appraisal?

22           A       No.

23           Q       Besides pricing and appraisal, all

24   the other things you just listed that vAuto does,

25   when did you start using them for those purposes

1       Q       Well, when you say refusing to pull,

2   was Mr. Stamos not looking for cars to buy at

3   auction?

4       A       No.  He wasn't coming into the

5   meetings with Mike and learning with me about the

6   right way to do that.  He was continuing to do them

7   in the previous way.

8       Q       What was the previous way?

9       A       I don't -- I don't know.  I never

10  asked him that.  But it was just the way we were

11  trying to move away from.

12      Q       Did someone tell you that Mr. Stamos

13  wasn't doing this in the proper way?

14      A       I guess I made that my -- judgment

15  myself, from looking at the vAuto and being trained

16  on it and seeing the things that we weren't doing

17  that our sister store was doing.

18      Q       It's also been represented that you

19  know about inappropriate comments to customers.  Do

20  you know anything about inappropriate comments by

21  Mr. Stamos to customers?

22      A       About customers I know about, not to

23  customers.

24      Q       No to customers.  And you told me

25  about some inappropriate comments to sales

Page 78

1   associates in the form of calling them weak and what

2   you characterized as demeaning.  Anything else with

3   respect to inappropriate comments to sales

4   associates?

5         A      I mean, if you're going to comment

6   about a customer in an inappropriate way, I guess

7   would that fall under inappropriate to a sales

8   person?

9         Q      Sure.

10        A      Like I know you probably have in

11  there somewhere that he referred to the customers,

12  Indian customers, as Patels or Kumars, so I would

13  say that's offensive, inappropriate and, it doesn't

14  matter who you say it to, it is not something you

15  should say.

16        Q      You acknowledge, I imagine, that

17  Patel and Kumar are fairly common Indian names?

18        A      Yeah.

19        Q      Do you have any specific knowledge

20  that the persons being referred to's names were not

21  actually Patel or Kumar?

22        A      Do I have any knowledge that their

23  names actually weren't --

24        Q      Were not that?

25        A      Yeah.

1        Q       Can you tell me a specific time when

2   Mr. Stamos referred to someone as Patel where their

3   name was not actually Patel?

4        A       I don't have a specific time.

5        Q       How about Kumar?

6        A       Don't have a specific time.

7        Q       What makes you say that he was

8   referring to people whose names were not Patel and

9   Kumar as Patel and Kumar?

10       A       Because he didn't know their name

11  'cause he never spoke to them either.

12       Q       Would you be surprised to know that

13  he's testified that he knew the people he was

14  referring to and knew that their names were Patel?

15       A       I would be surprised to hear that.

16       Q       Do you have any reason to believe

17  that he did not know the people?

18       A       I have all the reason to believe

19  that.

20       Q       What reason do you have to believe

21  that he did not actually know the people?

22       A       Because I work there and, as I

23  previously stated, George didn't get up and talk to

24  customers.  George didn't have a Momentum log-in,

25  which is the database for all the customers.  So I

Page 80

1    would be blown away that if George managed to

2    remember people off of their face alone from his

3    office across the showroom floor -- and some of

4    these people never even bought cars there, so we

5    don't even have their data.

6            Q       Okay.  One of the things that you are

7    here for today is, you have been designated by the

8    company to give testimony on certain topics.  One of

9    those topics is information that, quote, Plaintiff

10   purchased a number of vehicles at a price point

11   without knowing that the market was flooded with

12   vehicles of that model, age and mileage, called in

13   defendants to be unable to sell those vehicles

14   quickly and profitably.

15                   I am not asking you to remember that,

16   I am going to show you the Notice of Deposition that

17   you are in part here for today.  And this has been

18   already marked as Plaintiff's Exhibit number 1.  And

19   you have been designated on Item B, Item C and Item

20   E.

21                   MS. TRACY:  Objection.  Yesterday,

22   with correspondence of yesterday's date actually,

23   Catherine Wells advised in her letter that it is now

24   Joe Solano who is designated with regard to

25   Subsection E.

Page 130

1    are likely to sell?

2         A         That is one of the uses of it, yes.

3         Q         And is that what you are talking

4    about, you did and gave the information to

5    Mr. Stamos?

6         A         Yes.

7         Q         Okay.  How did he react when you gave

8    it to him?

9         A         Pulled it close to him and said okay.

10        Q         Was he resistant to you providing him

11   with that information?

12        A         No.

13        Q         At that time, did it occur to you to

14   say, you know, this is how I did this and you might

15   want to try that too?

16        A         Yeah.

17        Q         Did you do that?

18        A         No.  I did not specifically tell him

19   to do what we were told to do a week before.

20        Q         You said that Mr. Stamos didn't know

21   how to do it.

22        A         Yeah.

23        Q         But you said a moment ago that this

24   was exactly what Mike Clites had just trained both

25   of you on.  So why do you believe he didn't know how

Page 131

1    to do it if he had just undergone a training with

2    you and how to do the same thing?

3         A       Because I don't believe he paid

4    attention in the training.

5         Q       Why do you believe he didn't pay

6    attention?

7         A       Because he stopped going the next

8    week, and his lack of interest was apparent.

9         Q       Let's just talk about that one

10   specific training.

11        A       He wasn't paying attention.

12        Q       Why do you believe that to be true?

13        A       Because he was in the same room with

14   me, and he wasn't paying attention.

15        Q       What was we doing?

16        A       Just staring.

17        Q       What was he staring at?

18        A       I don't remember.

19        Q       Is it possible he was staring at Mike

20   Clites, what Mike Clites was doing?

21        A       Sure.  That is a possibility.

22                MR. DERATZIAN:  Okay.  Nothing else.

23                MS. TRACY:  I have nothing further.

24                (Deposition concluded at 3:22 p.m.)

25                (Whereupon, Nicole Tracy will purchase a copy

TAYLOR & FRIEDBERG, LLC
(973) 285-0411