# EXHIBIT N

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON VICENAGE

--------------------------------
GEORGE STAMOS,                          :
                                        :
                    Plaintiff,          :
                                        :
            -v-                         :
                                        :
AOP OPERATING COMPANY, LLP;             :
JOSEPH SOLANO AND JONATHAN              :
SOBEL,                                  :
                                        :
                    Defendants.         :
--------------------------------

DEPOSITION OF:  MICHAEL CLITES

September 14, 2021

TAYLOR & FRIEDBERG, LLC
Certified Court Reporters
60 Washington Street
Morristown, New Jersey  07960
Tel. 973-285-0411
E-mail: csr@taylorfriedberg.com

Page 3

1

2

3                 T R A N S C R I P T of the deposition of

4    MICHAEL CLITES, a witness herein, called for Oral

5    Examination by the parties in the above-entitled action,

6    said deposition being taken pursuant to Notice, by and

7    before LORI YUCHT, a Certified Court Reporter and Notary

8    Public of the State of New Jersey, License No. XI00200400,

9    at the Offices of Chiesa Shahinian & Giantomasi, 830 Morris

10   Turnpike, Short Hills, New Jersey, on Tuesday, September 14,

11   2021, commencing at 3:26 in the afternoon.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
1    it, just let me know, we'll take a break and that
2    will be that, okay?
3         A       Okay.
4         Q       Can you tell me how you're currently
5    employed?
6         A       I don't understand your question.
7         Q       What do you do for a living?
8         A       Okay.  I am the used car manager at
9    Honda of Princeton.
10        Q       And is that -- is that sometimes
11   referred to as HOP?
12        A       Yes.
13        Q       Can I call it HOP?
14        A       Okay.
15        Q       And same thing with Audi of
16   Princeton, I will say AOP.  Is that okay?
17        A       Okay.
18        Q       And you understand that AOP is the
19   entity that sells Audis and Volkswagens?
20        A       Yes I do.
21        Q       How long have you been employed with
22   Honda of Princeton?
23        A       It will be five years in May of 2022.
24        Q       And what position were you hired
25   into?
```

1       A       Used car manager.

2       Q       How long have you been working in the

3  car sales business altogether?

4       A       Approximately 25 years.

5       Q       What job did you have immediately

6  before May of 2017?

7       A       I was working for Cox Automotive.

8       Q       For what?

9       A       Cox Automotive.

10      Q       And what is Cox Automotive?

11      A       Cox Automotive is a -- actually, Cox

12  Automotive is a media company who has subsidiary

13  companies, and one of the companies that I worked

14  for was vAuto.

15      Q       Okay.  What is vAuto?

16      A       VAuto is a live market -- live-market

17  view of used cars, to sum it up.

18      Q       What does a live-market view actually

19  mean?

20      A       It's active information and active

21  data that is no older than six hours old when you're

22  reading it.

23      Q       And what geographic area does this

24  cover?

25      A       It covers the entire United States

1  and some portions of Canada.

2          Q        How long did you work for Cox?

3          A        I believe it was a year and eight

4  months.

5          Q        And what did you do for Cox

6  Automotive at that time?

7          A        I was an acquisition pro, and my job

8  was to train individuals on how to acquire

9  inventory.

10          Q        On how to what?

11          A        How to acquire pre-owned inventory.

12          Q        And how does vAuto help one do that?

13          A        It's a very broad question.

14          Q        And an equally broad answer would be

15  okay.

16          A        Okay.  So, what vAuto's function is

17  for an inventory of -- let's call it an inventory

18  organization tool.  You could track your inventory

19  with it, you can market your inventory with it, you

20  can research live-market data to -- I guess an

21  understanding of what a vehicle really is worth.  It

22  will help you mitigate loss, it will -- let's call

23  it the ultimate guide book.

24          Q        Okay.

25          A        I can go on for hours --

Page 10

1      Q      Yeah.  That's why I said an equally

2  broad response.

3      A      Yes.

4      Q      Okay.  What training did you get in

5  order to train others to use this tool?

6      A      I was -- I was trained for four

7  months in Colorado.

8      Q      Okay.  And that would be included --

9  would that be included in the year and a half -- the

10 year and eight months?

11     A      Correct.

12     Q      So you were trained -- you were

13 training people for a year and four months?

14     A      Okay.

15     Q      Is that right?

16     A      I would agree.

17     Q      What did -- what did a training

18 program at vAuto consist of?  Bad question.  Was

19 there a -- was there a curriculum, a set sequence,

20 of things you learned?

21     A      We were trained basic understanding,

22 we were also trained advanced understanding, and we

23 were also taught how to identify what a individual

24 store would need and at what point we -- or which

25 point we would, I guess, recommend what an

Page 11

1    individual would need.

2         Q        To the best of your knowledge, how

3    long has vAuto been a thing?

4         A        I can tell you in 2007 it was

5    released to the public.

6         Q        Okay.  Understanding that you got --

7    you became involved with them only in 2017, do you

8    know what the functionality differences were between

9    2007 and 2017 with vAuto?

10        A        Well, it is an ever-changing system.

11   It's constantly updated.

12        Q        Of course.  It's a computer system.

13        A        Software live data, yes.

14        Q        But can you generalize what the

15   functionality was over time -- changes were over

16   time?

17        A        Again, a very broad question.

18        Q        Let me try this.  In 2007, to the

19   best of your knowledge, what did vAuto do?

20        A        Inventory management.

21        Q        Okay.  That means -- does that mean

22   that if I were a car dealership I know what is on my

23   lot?

24        A        That is one of the functions.

25        Q        As of 2007, is that all it did or did

Page 12

1    it do other things as well?

2         A       To my understanding of what I was

3    taught --

4         Q       Understood.

5         A       -- at that point it was the inventory

6    management tool.  Yes, it also had live data,

7    live-market data, that we did use for reference as

8    for continuing with appraisals.

9         Q       And it developed by 2017 to do a

10   whole suite of things.  Correct?

11        A       Yes.

12        Q       What of those suite of things was

13   being used at -- well, both HOP and AOP used vAuto

14   in 2017?

15        A       Yes.

16        Q       What of the suite were they using?

17        A       Who is they?

18        Q       AOP and HOP.

19        A       Okay.

20        Q       Sorry.

21        A       HOP was using Provision,

22   Provisioning, Stockwave, Syndication, and Pictures.

23        Q       Okay.  What was AOP using?

24        A       Provision, Provisioning, and that was

25   as much as I can remember.

Page 13

1          Q          What is Provision?

2          A          Provision is the base product of

3     vAuto, which gives you the inventory management.

4          Q          And what is Provisioning?

5          A          Provisioning is the ability to read

6     live-market data and understand what consumer

7     preference is.

8          Q          I am looking at -- I am looking at an

9     email from someone named Jonathan Harvey.  Do you

10    know who Jonathan Harvey is?

11         A          I did know him.

12         Q          Well, who was he?

13         A          I believe his function was a BDC

14    manager.

15         Q          Do you know what BDC stands for?

16         A          Yes.  Business development.

17         Q          I am looking at -- and I can show it

18    to you if you need to, but I'm looking at an email

19    from him saying that they were only going to use the

20    pricing tool and the appraisal tool.  Which of those

21    is which?

22         A          That is Provision.  That is the base

23    suite.

24         Q          And when, if ever, did AOP start

25    using Provisioning?

Page 25

1          A          Yes, sir.

2          Q          Well, let's talk about how it worked

3    then.

4          A          Very little has changed since then.

5    So my process -- I will explain to you my process.

6          Q          Okay.

7          A          And let's say we're going to an

8    auction.  I wouldn't physically go to the auction

9    anymore, those days are over.  Everything is virtual

10   or everything is done at the desk.  Reason being

11   is --

12         Q          COVID.

13         A          COVID.  But before COVID I stopped

14   doing it.  That's the reason why I got into vAuto,

15   to teach the newer -- nuances of how to handle an

16   auction nowadays.  You used to go to an auction,

17   read through it on the fly, try to run to that lane,

18   wait for that car to hit the block at that point, be

19   there to bid and then lane surf back and forth.  You

20   know, there could be 30 or 40 lanes.  Not effective.

21   By no means is that effective at all because one

22   person can only cover so many lanes.

23         Q          But it was good exercise.

24         A          Heck of an exercise.

25                    Nowadays, we have the ability to use

Page 26

1    what's known as Stockwave, which is another piece of

2    vAuto technology.  They have the ability to use the

3    consumer click preference market.  They supply live

4    auction information along with live-market data and

5    filter it in reverse.  Rather than looking for a

6    specific car, I look for a specific data which would

7    populate a list of vehicles that would work for our

8    store.  And that seems to be the most effective way

9    right now to do it.  Most efficiently also.

10          Q      So, can I ask you a for instance?  So

11   if I wanted to go to -- if I wanted to buy cars from

12   an auction that were blue with camel interiors and

13   landau roofs with V8 engines --

14          A      Yes.

15                 MS. TRACY:  Objection.

16          Q      -- this would allow me to find all

17   those possible cars?

18                 MS. TRACY:  Objection.

19          A      It would.

20          Q      How would I go about learning what

21   cars were likely to be sold -- saleable?

22          A      Very vague question.

23          Q      Understood.

24                 Using vAuto or using some software

25   tool.

Page 34

1      Q        Over what period of time?

2      A        I'm going to be guessing.

3      Q        Months or years?

4      A        Months.

5      Q        Do you remember how many times you

6   met with Mr. Ortiz?

7      A        It's kind of hard to say, and I don't

8   remember how long.

9      Q        It's not quite the same thing but I

10  thought I'd take a shot.  Do you remember how

11  many -- do you remember how many times you met with

12  Mr. Stamos?

13     A        Same amount of times as I did with

14  Rich Ortiz.

15     Q        Was there ever a time that you asked

16  Mr. Stamos to meet with you that he said no?

17     A        Yes.

18     Q        How many times did he say no?

19     A        I am speculating by throwing a number

20  out there.  It wouldn't be fair --

21     Q        That's fine.

22              Did he ever tell you why he didn't

23  want to meet with you?

24     A        Because he did not need my help.

25     Q        Were you able to assess what

Page 35

1    opportunities you could have provided to Mr. Stamos?

2         A      Yes.

3         Q      What opportunities could you provide

4    to Mr. Stamos?

5         A      To teach him how to do appraisals for

6    one, which is where everything starts.  To start

7    effectively using vAuto.  They never got past that.

8         Q      Did you -- when you first met him,

9    did you learn how long he'd been using vAuto in his

10   life?

11        A      No.

12        Q      Did you know he'd been using it for

13   years?

14        A      No.

15        Q      So, is that all Mr. Stamos said to

16   you was, I don't think I need your help?  Or did he

17   say something else?

18              MS. TRACY:  Objection.

19        A      That's a very vague question because

20   there's a few times where he did talk to me and

21   didn't want to interact with me at all, and he would

22   actually walk out of the room when I was working

23   with him and Mr. Ortiz.

24        Q      Well, did you ever tell him what you

25   thought you could do for him?

Page 36

1        A       Yes.

2        Q       What did you tell him you could do

3   for him?

4        A       I told him we needed to start with

5   appraisals, to make sure we are all on the same

6   page.  Because I don't want to have -- I don't want

7   to create a process that's not going to work for

8   both of the managers who are working in the same

9   office.  If you have one person pulling one way, one

10  person pulling the other way, it is not going to

11  help.  If they're both on the same page it would

12  help both of them.

13       Q       Were you able to identify any other

14  issues, besides appraisals, that you thought you

15  could help Mr. Stamos with?

16       A       Marketing aspects, yes.

17       Q       Did you ever talk to Mr. Stamos about

18  marketing using --

19       A       I tried to.

20       Q       -- vAuto?

21               And what was his response?

22       A       I don't need your help.

23       Q       And you don't recall right now any

24  times that you actually met with Mr. Stamos, any

25  actual dates?

Page 37

```
 1        A        I don't remember dates, no.

 2        Q        Do you have any kind of a record

 3   somewhere of what you do on a day-to-day basis?

 4        A        No.

 5        Q        Would there be even a desk blotter or

 6   something --

 7        A        No.

 8        Q        -- that would show when you went over

 9   to provide training?

10        A        No.

11        Q        Typically when you train someone, is

12   there -- is there material resources that you give

13   them?

14        A        No.  In-person training is the most

15   effective.

16        Q        When was the first time you told

17   someone that Mr. Stamos was not -- was not meeting

18   with you when you were making yourself available to

19   him?

20        A        It would have to be to Rich Ortiz who

21   was the direct manager, and he actually witnessed

22   it.

23        Q        Other than to Rich Ortiz who directly

24   witnessed it, when -- did you ever tell anybody else

25   that Mr. Stamos was not -- was not wanting to meet
```

Page 38

1  with you?

2       A       I would have had to have told Mr.

3  Solano.

4       Q       Do you remember when?

5       A       No.

6       Q       Is there anybody that would know

7  besides yourself, Mr. Solano, Mr. Stamos, when you

8  attempted to meet with Mr. Stamos?

9       A       Rich Ortiz.

10      Q       Other than -- I'm sorry.  Okay.  What

11 I meant to ask was, other than yourself, Mr. Ortiz

12 and Mr. Stamos, would there be anybody that would

13 know when you tried to meet with him by date?

14      A       No.  Not that I can think of.

15      Q       What did you use to determine that

16 Mr. Stamos wasn't effectively using vAuto for

17 appraisals?

18      A       There are reports that you can --

19 that you can generate.

20      Q       What would they look like?

21      A       It would be -- I will use for example

22 a look-to-book report.  It will tell you how many

23 vehicles you looked at as to -- as compared to how

24 many vehicles you had taken in.  That would be the

25 first thing I would look at.

Page 39

```
 1        Q        Is that something you would have

 2   printed out or would you have been looking at it on

 3   a screen?

 4        A        I would have been looking at it with

 5   him.

 6        Q        Okay.  Did you actually do that with

 7   Mr. Stamos?

 8        A        I did.

 9        Q        Was he receptive to your commentary?

10        A        No.

11        Q        Did he tell you why he wasn't

12   receptive --

13        A        He didn't need my help.

14                 MR. DERATZIAN:  Have I ever seen

15   this?  Anything like a printout like this?  I'm just

16   curious.  If you know.

17                 MS. TRACY:  Not to my knowledge.  But

18   I am not sure really what you are referring to.

19                 MR. DERATZIAN:  Well, that is what I

20   am trying to find out.

21                 MS. TRACY:  But Mr. Clites testified

22   he would look at it with him.  He didn't specify

23   there was a printout --

24                 MR. DERATZIAN:  I didn't say there

25   was.  I was just wondering --
```

Page 45

1          Q          Do you remember if it was in or about

2     July of 2019?

3          A          I'd be guessing if I answered that.

4          Q          We don't want that.

5                     Believe me, I'm not trying to be

6     difficult but I'm trying to understand.  Other than

7     not wanting to interact with you, why do you believe

8     that Mr. Stamos was not using vAuto properly?

9          A          Are you asking for my opinion?

10         Q          Yeah.  I'm asking for your opinion.

11         A          I knew from the facts -- and the same

12    thing that I've taught many other people, the same

13    areas, and it is very clear for me who looks -- who

14    has taught many hundreds of people, that he wasn't

15    using it effectively.  And it was the one thing that

16    is very common, and I am going to say a majority of

17    the people who struggled with the new way of doing

18    things in the used car market and the live data, was

19    always the first thing that popped up, it was just

20    being able to do the appraisal properly and

21    understanding what the information means.

22         Q          So, regardless of how one gets there,

23    do you have any belief that Mr. Stamos's appraisals

24    were not accurate?

25         A          That is a tough question.  I am not

Page 46

1    sure what you're asking.

2        Q        You've got a magic box that you put

3    certain criteria into and that you ask it a question

4    and it tells you whatever it's able to based on your

5    criteria.  Correct?  Normal -- what a computer

6    software does.  On the other hand, you've got a book

7    that is yellow that says NADA Guide on it, and

8    you've got a whole bunch of other things that you

9    have been looking at for 25 years.

10       A        Okay.

11       Q        If the two arrive at the same

12   conclusion, is there anything wrong with that?

13               MS. TRACY:  Objection.

14       A        I'm going to be a wiseguy when I say

15   this but, even a broken clock is right twice a day.

16               MR. DERATZIAN:  Off the record.

17               (Whereupon, a discussion was held off

18   the record.)

19

20   BY MR. DERATZIAN:

21       Q        And I hear what you're saying.  But

22   was it your understanding that Mr. Stamos -- how was

23   it your understanding that Mr. Stamos was doing

24   appraisals?

25       A        My understanding at that point was he

Page 47

1    was still using books.

2           Q       The little yellow book I talked about

3    earlier?

4           A       Correct.

5           Q       Okay.  Was it your understanding that

6    he was coming up with inaccurate appraisals by using

7    books?

8           A       You're asking my opinion?

9           Q       Yeah.

10          A       Okay.  I think that his information

11   was not current enough.  A lot of those books expire

12   after two weeks and information changes every day.

13   So if I take a look at a car today and I look at

14   the -- what the market average is today and I look

15   at it tomorrow, in most cases that number is going

16   to be lower.  So if I'm looking at a book that's

17   outdated -- let's say he is two versions outdated

18   and maybe he's looking at the wrong book, which was

19   a common mistake back in the early '90s when I used

20   to watch the used car managers do it then -- it does

21   happen.  So if you're looking at a book that is too

22   old, it can easily be missing the mark.

23          Q       Do you have any information that

24   Mr. Stamos's appraisals actually were missing the

25   mark?