# EXHIBIT O

## DISCLOSURE REGARDING BACKGROUND INVESTIGATION

Princeton Audi / VW ("the Company") may obtain information about you from a third party consumer reporting agency for employment purposes. Thus, you may be the subject of a "consumer report" and/or an "investigative consumer report" which may include information about your character, general reputation, personal characteristics, and/or mode of living, and which can involve personal interviews with sources such as your neighbors, friends, or associates. These reports may contain information regarding your credit history, criminal history, social security verification, motor vehicle records ("driving records"), verification of your education or employment history, or other background checks. Credit history will only be requested where such information is substantially related to the duties and responsibilities of the position for which you are applying.

You have the right, upon written request made within a reasonable time, to request whether a consumer report has been run about you, and disclosure of the nature and scope of any investigative consumer report and to request a copy of your report. Please be advised that the nature and scope of the most common form of investigative consumer report is an employment history or verification. These searches will be conducted by PeopleFacts LLC. 135 Chesterfield Lane Maumee, OH 43537 800-772-0130 **www.peoplefacts.com**. The scope of this disclosure is all-encompassing, however, allowing the Company to obtain from any outside organization all manner of consumer reports throughout the course of your employment to the extent permitted by law.

George Stamos
Print Name                                                                Email Address

[signature]                    5/12/16
Signature                      Date                                        Phone Number

MOUSTOS                        1958
Surname or Maiden Name         Date Of Birth                               Social Security Number

                                                                           NJ
Driver's License Number        Expiration Date                             Issuing State

Current Address

Previous addresses if above is less than 7 years

AOP00289