UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON VICENAGE

| | |
|---|---|
| GEORGE STAMOS,<br><br>    Plaintiff,<br><br>v.<br><br>AOP OPERATING COMPANY, LLP, JOSEPH SOLANO AND JONATHAN SOBEL<br><br>    Defendants. | Civil Action No.: 3:20-cv-01676<br><br>**CERTIFICATION OF JOSEPH SOLANO IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

JOSEPH SOLANO, being of full age, hereby certifies as follows:

1. I am the General Manager of Volkswagen of Princeton, a dealership owned by AoP Operating Company, LLC ("AoP"). I am a named defendant in this case along with AoP and Jonathan Sobel ("Sobel"). As such, I am fully familiar with the facts set forth herein and I submit this certification in support of Defendants' Motion for Summary Judgment.

2. On July 18, 2016, Sobel hired me as the General Manager of Volkswagen of Princeton.

3. My date of birth is April 17, 1959 and I was 57 years old on my date of hire.

4. On July 2, 2019, the date upon which I terminated Plaintiff, I was 60 years old.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: 5/17/2022

_____
JOSEPH SOLANO