UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON VICENAGE

| | |
|---|---|
| GEORGE STAMOS,<br><br>    Plaintiff,<br><br>v.<br><br>AOP OPERATING COMPANY, LLP,<br>JOSEPH SOLANO AND JONATHAN<br>SOBEL<br><br>    Defendants. | Civil Action No.: 3:20-cv-01676<br><br>**ORDER GRANTING**<br>**SUMMARY JUDGMENT** |

**THIS MATTER** having been opened to the Court by Chiesa Shahinian & Giantomasi PC, attorneys for Defendants AoP Operating Company, LLC, Joseph Solano and Jonathan Sobel (collectively, "Defendants"), for entry of an order awarding summary judgment in favor of all Defendants and dismissing Plaintiff's complaint with prejudice; and the Court having considered the papers submitted; and good cause having been shown;

IT IS on this ___ day of _____, 2022

**ORDERED** as follows:

  1.  Defendants AoP Operating Company, LLC, Joseph Solano and Jonathan Sobel's Motion for Summary Judgment is granted;

  2.  Summary judgment is granted in favor of all Defendants against Plaintiff;

  3.  Plaintiff's Complaint is dismissed with prejudice; and

  4.  A copy of this Order shall be served upon Plaintiff within __ days of Chiesa Shahinian & Giantomasi PC's receipt of this Order.

 

                                                                             _____

                                                                            HON.

This Motion was:

\_\_\_ Opposed

\_\_\_ Unopposed

The Decision of the Court was:

\_\_\_ Written

\_\_\_ Oral and entered on _____, 2022.